UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Acucela Inc.,<br><br>      Plaintiff,<br><br>  v.<br><br>Manhattan Vision Associates et al.,<br><br>      Defendant(s). | 24-CV-1856 (DEH)<br><br>MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

  On April 2, 2025, the parties in the above-captioned matter appeared before the Court for a case management conference. Pursuant to that conference, it is hereby ORDERED that:

- The parties' request for an extension of time to complete discovery, ECF No. 37, is **GRANTED** *nunc pro tunc*;

- Plaintiff's request for a pre-motion discovery conference regarding defendants' assertion of privilege over certain documents produced in discovery, ECF No. 38, is **DENIED AS MOOT**. For the reasons stated during the conference, the Court finds that the seventeen documents at issue are attorney work product and, therefore, should be returned to defendants; and

- The parties shall submit a revised proposed case management plan **by April 9, 2025**.

The Clerk of Court is respectfully directed to terminate ECF Nos. 37 & 38.

SO ORDERED.

Dated: April 2, 2025
   New York, New York

                        DALE E. HO
                   United States District Judge