UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ACUCELA INC.,

                      Plaintiff,                  **24 Civ. No. 1856 (DEH)**

      -against-                            **PRE-SETTLEMENT
CONFERENCE ORDER**

MANHATTAN VISION ASSOCIATES,
*et al.,*

                    Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, May 28, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 367 559 20#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
                May 20, 2025

                                                                                     _____
                                                                                     The Honorable Gary Stein
                                                                                     United States Magistrate Judge